OWNERS' SYNDICATE CO. v. KOELBLE.

(Supreme Court, Appellate Term. April 16, 1912.)

LANDLORD AND TENANT (§ 194*)—RENT—RIGHT OF RECOVERY.

Where the tenant of an apartment paid the rent for a certain month, but told the landlord that he had moved, and the lease provided that, if the premises became vacant by the voluntary removal of the tenant, the landlord could re-enter and re-lease for the tenant's benefit, the landlord could recover rent subsequently becoming due under the lease, though he re-entered and cleaned the apartment during the month for which the rent was paid.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 788, 789; Dec. Dig. § 194.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Owners' Syndicate Company against Anthony F. Koelble. From a judgment for defendant, plaintiff appeals. Reversed, and new trial granted.

Argued March term, 1912, before GUY, LEHMAN, and BIJUR, JJ.

Henry S. Dottenheim, of New York City, for appellant.

M. Carl Levine, of New York City, for respondent.

BIJUR, J. An owner re-entered an apartment of defendant on July 20th and had it cleaned. Prior to this, defendant had paid the July rent, *but had told and written the landlord that he had 'moved.* The landlord, however, by the terms of the lease, was expressly awarded the right, if the premises "became vacant by the voluntary removal of the lessee," to re-enter and re-lease for the tenant's benefit. This is all that he did in the case at bar, and the landlord should have recovered for the August rent and half of September.

Judgment reversed, and new trial granted, with costs to appellant to abide the event. All concur.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes